IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| v. | *  CRIM. NO. 18-224 |
| LUIS VEGA | * |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]   That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

> 1. COVID-19 pandemic, 2. Court's inability to operate at maximum capacity for indefinite period, 3. Efficiently proceeding with Defendant's case; and 4. Consent of Defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]   Other:

Date:  aUGUST 22, 2022

_____
Honorable Brian Martinotti
United States District Judge